**JDS**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| **Division of Filing** | | | **Place of Offense** | **Matter to be Sealed** | |
|---|---|---|---|---|---|
| ☒ Western | ☐ St. Joseph | | _____ | ☐ | Secret Indictment |
| ☐ Central | ☐ Southern | | County | ☐ | Juvenile |
| ☐ Southwestern | | | | | |

**Defendant Information**

Defendant Name  **KHALID OUAZZANI**

Alias Name  _____

Birthdate  12/17/1977

**Related Case Information**

Superseding Indictment/Information ☐Yes   ☒No

if yes, original case number _____

New Defendant  ☒Yes ☐No

Prior Complaint Case Number, if any _____

**U.S. Attorney Information**

AUSA  J. Daniel Stewart

**Interpreter Needed**

☐ Yes  Language and/or dialect _____

☐ No

**Location Status**

Arrest Date _____

☐ Currently in Federal Custody

☐ Currently in State Custody  Writ Required ☐ Yes  ☐ No

☐ Currently on bond

**U.S.C. Citations**

Total # of Counts  33

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:1344A.F/4601/4 | Bank Fraud | 1-16, 29, 30 |
| 2 | 18:1956-4601.F/4601/4 | Money Laundering | 17,19,21,23, 27 |
| 3 | 18:1957-4601.F/4601/4 | Money Laundering | 18,20,22,24, 28 |

(May be continued on reverse)

Date  2/3/2010   Signature of AUSA /s/J. Daniel Stewart

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18:2314.F/3600/4 | Interstate fraud | 25-26 |
| 5 | 18:1001.F/4991/4 | False statement to government agency | 31-33 |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |