**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

UNITED STATES OF AMERICA,

               Plaintiff,

v.

KHALID OUAZZANI,

               Defendant.

Case No.   10-00025-CR-W-HFS

## GOVERNMENT'S LIST OF EXHIBITS

Comes now the United States of America by the undersigned counsel and files the attached list of exhibits which the Government may offer at the sentencing hearing in the above-captioned case and requests leave to amend this list as needed.

               Respectfully submitted,

               Tammy Dickinson
               United States Attorney

By:   */s/ Brian P. Casey*

               Brian P. Casey
               Assistant United States Attorney

               Charles Evans Whittaker Courthouse
               400 East Ninth Street, Fifth Floor
               Kansas City, Missouri 64106
               Telephone:  (816) 426-2771

<u>CERTIFICATE OF SERVICE</u>

  The undersigned hereby certifies that a copy of the foregoing was delivered on October 7, 2013 to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

          */s/ Brian P. Casey*
          Brian P. Casey
          Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

UNITED STATES OF AMERICA,

               Plaintiff,

     v.                        Case No.   10-00025-CR-W-HFS

KHALID OUAZZANI,

               Defendant.

## E X H I B I T S

| | | | |
|---|---|---|---|
| ✓ | = | Offered & admitted without objection. | D.B. = Admitted, <u>de bene</u>. |
| X. | = | Offered & admitted over objection. | W.D. = Offered then withdrawn. |
| Ex. | = | Offered, but objected to and excluded. | Ltd. = Admitted for limited purpose. |
| N.O. | = | Marked but not offered. | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Sentencing Memo Exhibit 1 (Sealed) |
| 2 | | | | Sentencing Memo Exhibit 2 (Sealed) |
| 3 | | | | Sentencing Memo Exhibit 3 |
| 4 | | | | Supplemental Sentencing Memo Exhibit |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |

I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____               _____

PRINTED NAME                         SIGNATURE