IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 10-00025-01-CR-W-HFS |
| | ) | |
| vs. | ) | |
| | ) | Date: October 7, 2013 |
| Khalid Ouazzani, | ) | |
| | ) | |
| Defendant. | ) | |

MINUTE SHEET

HONORABLE Howard F. Sachs presiding at Kansas City

=================================================================

Nature of Proceeding: Sentence

Time Commenced: 1:30 p.m. Time Terminated: 4:45 p.m.

Plaintiff by: Brian P. Casey, AUSA Defendant by: Robin Fowler

Comments: All parties appear. Attorney conference held. Court in session. Presentence investigation report reviewed. Argument heard. Defendant granted allocution. Defendant advised of right to appeal. Defendant remanded to custody.

Court Reporter: Gayle Wambolt CRD: Tina Duer