TO: THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
HONORABLE JUDGE HOWARD S. SACHS
400 E 9th St,
Kansas City MO 64106

FROM: KHALID OUAZZANI
FCI SAFFORD
P.O. BOX 9000
Safford, Arizona
85548

RE; LETTER MOTION FOR EMERGENCY RELIEF UNDER THE CONGRESSIONALLY

ENACTED FIRST STEP

ACT OF 2018'S COMPASSIONATE RELIEF AS TO THE EXTRAORDINARY AND

COMPELLING CIRCUMSTANCES

UNDER SECTION 603, AND TITLE 18 OF THE UNITED STATES CODE SECTION

3582(C)(1)(A)(i) and THE

APPOINTMENT OF COUNSEL THEREWITH UNDER 18 U.S.C. SECTION 3006A; in

case no. 10-00025-CR

Your Honor,

I come before you under the above cited matter as a prisoner acting pro se and

respectfully, requesting that you afford this request a liberal construction. See Hall V. Bellmon,

935 F. 2d. 1106-1110 (10th Cir. 1991) I am in fact a prisoner in the custody of the U.S. Attorney

General, by and through its Federal Bureau of Prisons, ("FBOP") housed at the above cited

institution (FCI SAFFORD), as to a criminal case taken from this Honorable Court in case No.

10-00025-CR and was sentenced to a term of 168 months, or 14 years on November 5, 2013.

This was to the plea of guilty for the charges of Providing Material Support for a Terrorist Organization under 18 U.S.C. Section 2339B, Bank Fraud and money laundering, under 18 U.S.C. Section 1956. (See -Indictment and plea agreement 2-05-2010/May 19, 2010) Your Honor, I do understand the seriousness of these charges and allegations therewith, as cited, I have in fact served over 2/3 of this time and I am otherwise scheduled to be released on 1-09-2022. (See Bop.gov. inmate locator)

I am now in a low-security facility as to my age and behavior while incarcerated. I would like you to know that originally you issued an order to participate in the Federal Bureau of Prisons Residential Drug Abuse Program ("RDAP"), however, subsequently, I was denied access to such due to a "lack of evidence" regarding the prior use in my PSR. See 28 CFR Section 550.53 et seq. Therefore, I could not participate in or receive any of the basic incentives thus the provision of 18 U.S.C. Section 3621(e)(2)(B) did not apply. In the event that they did, I would otherwise be ripe for the transfer to community confinement as we speak under 18 U.S.C. Section 3621(b).

Nevertheless, I remain in custody and to which now there exists a serious threat and a foreseeable threat to my health and safety under the recent COVID-19 (coronavirus).See Edison V.-United States, 822 F. 3d. 510 (9th Cir. 2016) This not only is widely known, " world-wide," I also have what are known as " pre-existing -conditions, " to include " prior exposure to (latent) tuberculosis that I was diagnosed during pre-trial detention at the CCA Leavenworth and was therewith treated for 9 months in the matter. (See Medical -records) I also have high blood pressure and was on medication for such for at least two years 2010-2012, then on my own decided to manage it with dieting and exercise. It came back with a vengeance and I was again placed on a watch list for the last two years, it thereafter has not been treated on a daily basis. (I

do give your honor full authority herewith to obtain any records you need from the FBOP and CCA Leavenworth to verify this). I also have a family history of Lung Cancer; I have lost both parents to this vicious enemy of the human race. I recently had a shoulder surgery (March 2020) and have not had any post-surgery checkups, nor any physical therapies as to the recent Pandemic.

I write to you, your honor, as to the fact that as to the recent Pandemic and the structured directives from the CDC and the President of the United States of America to practice what is known as "Social Distancing", I cannot in fact practice this. This for the fact that the FBOP has issues a Nation-Wide Lock Down, and has directed that I(we) as prisoner[s] be forced into a dormitory-style living quarters with over 100+ inmates and though there is no recorded cases of the corona virus here at FCI Safford But between the time of writing this motion and sending it, the new cases count at this locality grew from 2 cases to about 30 cases, in the unfortunate event that it does enter here, I am a certain foreseeable victim and the FBOP/Safford cannot in fact discharge its duty to protect me as to such. See 18 U.S.C. SECTION 4042(a), and SANDOVAL V. United States, No. 17-3092-DMG-(SKX), 2019 U.S. DIST. Lexis222615(C.D. Cal. Nov25 2019) See also Medical Care Limited, Laura M Marcus Chak et al. (2015) Medical Problems of State and Federal Prisoners and Jail Inmates, 2011-2012. NCJ 24891 Washington DC U.S. Department of Justice Bureau of Statistics, at https: //www.BJS.gov/content https://www.independent.com/2020/04/29/lompoc-prisons-covid-19-crisis-threatens-to-pop/ https://www.forbes.com/sites/walterpavlo/2020/04/28/covid-19-and-natural-disaster-combine-for-tragedy-at-bureau-of-prisons-facility-in-estill-sc/#60c2d4b87149

Your Honor, as I am understandably afraid for this passing, in the event this does take place. There are serious 8th Amendment concerns. See United States V. Lewis, No. 1:18-CR-00694-RA,DKT. #65-(S.D.N.Y. 4/23/2020) Nevertheless, I do not place that issue before you, I am coming to you as to the fact that, I have sought via the provisions of Section 603(b) of the First Step Act to make the required request before the institution's Warden for the presentment of my release as to these factors, who directed me to the Unit Team, and thereafter have not responded.

Your Honor the plain language of the FSA in this matter is to the " warden " not anyone else, However, I attempted to adhere to the warden's directives to no avail. It has been longer than 30 days and he has not otherwise made a response. Therefore, I believe that you now have jurisdiction in this matter under Title 18 U.S.C. Section 3582(c)(1)(A)(i) and corresponding policy statements under USSG Section 1B1.13, cmt. n. (D) as to the " extraordinary and compelling circumstances, " and " other reasons" therewith. See United States V.-Cantu, No. 1:05-CR-458-1, 2019 U.S. Dist. LEXIS 100923, 2019 WL 2498923, * 1 (S.D. Tex. June 17, 2019) However, there is a case that allows for you to take jurisdiction ipso facto in these circumstances See. United States V. Carl O. Logan, 1:12-CR-307 (LEK) DKT. # 179 (N.D.N.Y. 4/22/2020)

As I have made my request and the warden did not properly respond, which leads me to believe that he has refused. Furthermore, the communications are non-existing at this time due the fact that I have heard that the Case managers have stated " If it is up to me, you guys aren't going anywhere," and the general monotone as to the defiance of the BOP to adhere to the Attorney General's memorandum on March 26, April 3, and thereafter on April 22, of the year 2020. (See Id. AG memorandum Directing Home Confinement under the Coronavirus Aid,

Relief, and Economic Security (CARES) Act, Pub. L. 116-236 (Enacted March 27, 2020 lifting the provisions set forth in 34 U.S.C. Section 60541(g))

Thus, the issue is necessary to present to you, your Honor, for I am making a plea for help. I have a family that includes a son "Ahmed" and a daughter "Hafssa", and a wife "Fadoua Elouerrassi" to whom live at my residence at

8605 E. 97th Terrace

Kansas City, Mo 64134

with a verified phone number of # 913-565-0919

I also have a job awaiting me upon release and I am otherwise poised to be released in less than 20 months of this 14 years sentence.

I would agree to adhere to any directives issued by this Court to include ankle monitoring and or GPS etc., and am simply attempting to take emergency precautions in the face of a foreseeable threat. Id. Edison, and Sandoval, supra. I am not a danger to any person if I was released. See United States V. Pedriago, No. 07-CR-271, 2020 WL 1672327, at * 4 (E.D. La. April 2, 2020) and I believe, Your Honor, that you have full discretion in this matter to do what is right. See United States V. Brown, 411 F. Supp. 3d.-446, 451 (S.D. Iowa 2019)

Your Honor, I have been otherwise programming and have achieved a lot of assistance points in the institution and currently work for the institutions TRUST FUND. I am also otherwise incident report free for the last 5 years and been a model prisoner.

In the matter of the original 3553(a) factors, as cited I understand the seriousness of my actions, however, a look back will reveal that the US Attorney Phillips originally stated that " I was never a threat to the United States or to the community in general." According to the WSJ,

U.S. Attorney Beth Phillips says: "At no point did Ouazzani present an imminent risk of harm to our community."

Sir, I have learned my lesson from this unfortunate event over the last period of time, I am sorry for my crimes and all wrong actions. I am therewith respectfully requesting that you exercise your properly endowed discretion in this matter pursuant to 3582(c)(1)(A)(i), and GRANT a compassionate release allowing me to be returned and reunited with my family.

If it would please this Honorable Court to appoint counsel in this matter to assist in the effectuation of this process, I am making that request herewith under the provisions in Title 18 of the United States Code, Section 3006A. Wherefore, I prayerfully request that this Honorable Court make the directive to this FCI SAFFORD and the FBOP to make for my immediate release so that I may practice social distancing and otherwise protect myself from this foreseeable harm.

Also, that I may be free from " likely death " if this virus gets into the prison, and as to the fact that I was not sentenced to death, I am respectfully calling upon you to exercise your sound judicial discretion in the matter, if not in the " interests of justice," then the interest of the totality of the competing interests, as to the safety of the " prison population, including the official's, and the public the same to make for my immediate release.

Therewith in aid of the business of the court, appoint competent counsel to assist in the process herewith, respectfully and sincerely,

PETITIONER, PRO SE KHALID OUAZZANI

## I. CERTIFICATE OF SERVICE:

Please be advised, and take notice that, I did mail a true and correct copy of this letter motion/request to the Plaintiff/Respondent Mr. Brian Casey by placing such into to the U.S. Post mail, postage prepaid, on this 07 day of May, 2020, and addressed as follows (28 U.S.C. Section 1746)

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

PETITIONER, PRO SE KHALID OUAZZANI

Fadoua Elouerrassi on behalf of Khalid Ouazzani (#22147-045)

---------- Forwarded message ---------
From: **Fadoua Elouerrassi** <felouerrassi@iscgkc.org>
Date: Tue, May 5, 2020 at 12:25 PM
Subject:
To: Fadoua Elouerrassi <felouerrassi@iscgkc.org>

Dear Fadoua Elouerrassi,

I hereby authorize you to sign, send, and receive any court documents on my behalf.

KhalidOuazzani
Reg# 22147-045
SSN# XXX XX -6541

To Whom It May Concern:

Dear Sir/Madam,

This is to certify that Mr. Khalid Ouazzani will be employed with American Remarketing LLC full time (40 hrs./week) as a sales associate and will be paid $15/hr. plus commission. Mr. Khalid will also be provided 4 weeks of paid training

Khalid's areas of work will include:

- Consult with clients regarding their vehicle purchase needs that includes but not limited to vehicle warranty and operating features to make the sale.

- Proficiently sell variety and manage sales and paperwork accompanying vehicle sales including sales contracts

- Engage in business development

- Attend automobile auctions to look for suitable vehicles to purchase

If you have any questions regarding Mr. Khalid's employment, please contact our office at:

(816) 522 1996

Sincerely,

Managing Director | American Remarketing LLC

8147 Wornall Rd, Kansas City, MO 64114

(816) 522 1996