TO: The United States District Court

    For The Western District of Missouri

    400 E. 9TH St., Kansas City, MO 64106


FROM: Khalid Ouazzani - Petitioner, Pro Se

    FCI Safford

    P.O. Box 9000, Safford, AZ 85548


RE: LETTER MOTION FOR EXTENSION TO FILE REPLY TO GOVERNMENT'S RESPONSE

    IN OPPOSITION TO DEFENDANT'S PRO SE MOTION TO REDUCE SENTENCE

    PURSUANT 18 USC. § 3582(c)(1)(A)(i) - COMPASSIONATE RELEASE.


Your Honor,


    Due to circumstances and restrictions beyond Petitioner's control, Petitioner kindly requests this honorable court provide additional time to formally submit his reply to Government's Response In Opposition to Defendant's Pro Se Motion To Reduce Sentence Pursuant 18 USC § 3582(c)(1)(A)(i) - Compassionate Release dated May 28, 2020.

    Petitioner has composed his reply, and is desperate for relief. However, as result of the Bureau of Prison's response to the COVID-19 pandemic, and recent unrest related to protests across the United States, Petitioner's place of imprisonment, FCI Safford, remains under lockdown, which has severely restricted his

ability to print out and gather all supporting documentation. Such documentation is essential in order to allow Petitioner the opportunity to provide a thorough response.

Further, due to Petitioner's offense classification, the Institution's Special Investigative Services (SIS) has imposed a 3 day minimum hold on all his outgoing/incomming communication, which greatly hinders his ability to provide a timely response.

For these reasons, Petitioner asks this Honorable Court provide him allowance to compile and formally submit his motion, and all remaining documentation in support of his response to the Government's arguments.

Respectfully Submitted,

Khalid Ouazzani - Petitioner, Pro Se

(Enclosed: Exhibits 1-3, to support Motion which will be filed along with remaining documentation ASAP.)

Note: As Petitioner does not have access to a copy machine, I ask this court to Kindly provide copies to the US. Attorney.

Page 2 of 2

EXHIBIT 1 (PG.1)

**From:** ^!"OUAZZANI, ^!KHALID" <22147045@inmatemessage.com>
**To:**
**Date:** 4/8/2020 1:06 PM
**Subject:** ***Request to Staff*** OUAZZANI, KHALID, Reg# 22147045, SAF-C-D

To: Unit Team
Inmate Work Assignment: Photo Crew

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
502b1394-681b-4f24-ab97-c4697655982c
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

As per Associate Warden Mr. Entzel, I am forwarding to you this request of Motion pursuant to:
First Step Act Law of 2018
CARES Act Law of 2020
The extraordinary circumstances under 18 USC 3582(c)(1)(A)(i)
for you to place for me a motion in the court for my immediate release or for home confinement for I do have a place to release to:
Wife: Fadoua Elouerrassi 8605 E. 97th Terrace Kansas City MO 64134 Tel: 913-565-0919
Pursuant to Memorandum from Attorney General Mr. Barr to the BOP Director for longer home confinement and its criteria:
1. I have a case of Dormant Tuberculosis that has been treated in Leavenworth CCA(see Medical Records), I also have a history of Lung Cancer(both parents died of Lung Cancer), and diabetes. Therefore, based on CDC guidelines, I am highly susceptible to catching the deadly COVID-19 virus with very severe if not fatal consequences.
2. The sentencing judge recommended the RDAP, but Dr. Wood denied my RDAP participation on multiple instants because of availability of documentation. Otherwise I'd have been already either in RRC or home confinement.
3. I have done more than 86% of my adjudicated time(with good time).
4. I have no criminal record, no incident reports(last 5 years), and have been always programming.
5. I score very minimum on PATTERN.
6. I have a reentry plan that is executable.

I am thanking in advance for your assistance and cooperation.
-----AW (P) on 4/7/2020 3:12 PM wrote:

>
Please discuss your eligibility for direct placement on Home Confinement with your Unit Team.

C. Entzel
AW (P)

>>> ~^!"OUAZZANI, ~^!KHALID" <22147045@inmatemessage.com> 4/6/2020 7:18 AM >>>
To: Associate Warden
Inmate Work Assignment: PhotoCrew

Please consider this electronic cop-out a request for a motion for my early release to home confinement under 18.U.S.C 3582(c)(1)(i) and BOP Program Statement 5050.50 due to extraordinary and compelling

EXHIBIT 1 (PG.2)

circumstances which could not have been foreseen by the sentencing court at the time of my sentencing. I meet the legal standard for this application due to the extraordinary circumstance of the CORONA COVID-19 virus and its potential deadly effects on persons like myself with respiratory problems, as described in previous request dated 04-04-2020, due to being dormant Tuberculosis positive(documented been treated for it at Leavenworth CCA for 9 months - between the year 2010 and 2013). I will be eligible for home confinement in 13 months or less in accordance with the First Step Act but allowing me to transfer to home confinement now, will greatly lessen the likelihood that I will contract the COVID-19 virus.

I was sentenced to a term of 168 months, I have served 123 months of my sentence, and 86% with good time taking into consideration.

Upon release to home confinement, I will live with my wife Mrs. Fadoua Elouerrassi, my daughter Hafssa Ouazzani, and my son Ahmed Ouazzani at 8605 E.97th Terrace Unit C Kansas City, MO 64134, their phone number is 913-565-0919. I will be supported physically, emotionally and financially by my wife and children until I am able to gain lawful employment. My wife is gainfully employed as a teacher with the ISGKC elementary school.

Thank you very much for your consideration.

Regards,
Khalid Ouazzani

EXHIBIT 2

TRULINCS 22147045 - OUAZZANI, KHALID - Unit: SAF-C-D

------------------------------------------------------------------------------------------------------------

FROM: Health Services
TO: 22147045 OUAZZANI, KHALID
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/18/2020 04:12 PM

I will forward this to your provider who will address your concern.

CAPT Jeff Richardson, PT, DPT, OCS, ATC, CPH
Health Services Administrator
FCI Safford

>>> ~^!"OUAZZANI, ~^!KHALID" <22147045@inmatemessage.com> 5/18/2020 1:52 PM >>>
To: PA Mr. Scott
Inmate Work Assignment: PhotoCrew

My blood pressure is still bothering me, in addition my constipation level is up there. I thought I was supposed to be on the blood pressure watch list since that high reading I had. Please advise. Thanks



| | | |
|---|---|---|
| Facility: | SAF  SAFFORD FCI | Proj. Rel. Date: 01-09-2022 |
| Name: | OUAZZANI, KHALID | Proj. Rel. Mthd: GCT REL |
| Register No.: | **22147-045** | DNA Status: LVN07484 / 12-12-2013 |
| Age: | 42 | |
| Date of Birth: | 12-17-1977 | |

*EXHIBIT 3*

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| SAF | PHOTO CREW | PHOTOGRAPHY WORK CREW | 09-03-2019 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| SAF | ESL HAS | ENGLISH PROFICIENT | 12-31-2013 |
| SAF | GED EARNED | GED EARNED IN BOP | 04-22-2014 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| SAF | | R-1 YOGA RECREATION CLASS | 01-14-2020 | CURRENT |
| SAF | C | PARENTING 2 - INSIDE OUT DAD | 12-05-2019 | 01-31-2020 |
| SAF | C | PARENTING 1 - NATL WORKSHOP | 11-21-2019 | 12-05-2019 |
| SAF | C | NAT FED PROFESSIONAL TRAINERS | 09-10-2019 | 12-18-2019 |
| SAF | C | STOCK INVESTING (ACE) | 07-08-2019 | 09-23-2019 |
| SAF | C | FRENCH I | 01-07-2019 | 03-25-2019 |
| SAF | C | STOCK INVESTING (ACE) | 01-08-2019 | 04-02-2019 |
| SAF | C | FRENCH I | 09-10-2018 | 11-26-2018 |
| SAF | C | STOCK INVESTING (ACE) | 04-02-2018 | 08-02-2018 |
| SAF | C | BEGINNING TENNIS | 07-29-2018 | 09-30-2018 |
| SAF | C | PUBLIC SPEAKING I (ACE) | 04-03-2018 | 06-19-2018 |
| SAF | C | SPANISH II (ACE) | 04-04-2018 | 06-20-2018 |
| SAF | C | R-1/HLT AIDS AWARE | 03-05-2018 | 03-05-2018 |
| TRV | C | A/C TROUBLESHOOTING,12:30-3:30 | 10-02-2017 | 10-31-2017 |
| TRV | C | A/C INSTALATION, 12:30-3:30 | 08-28-2017 | 10-02-2017 |
| TRV | C | GAS & ELEC. HEATING,12:30-3:30 | 07-24-2017 | 08-28-2017 |
| TRV | C | RESIDENTIAL A/C, 12:30-3:30 PM | 06-19-2017 | 07-24-2017 |
| TRV | C | A/C CONTROL PRIN.,12:30-3:30 | 05-22-2017 | 06-19-2017 |
| TRV | C | REFRIGERATION PRIN.,12:30-3:30 | 04-18-2017 | 05-23-2017 |
| TRV | C | HEATING/AIR COND. 12:30-RECALL | 04-13-2017 | 10-31-2017 |
| TRV | C | RACQUETBALL FUNDAMENTALS | 10-22-2016 | 12-23-2016 |
| TRV | C | ACTIVE PARENTING | 10-13-2016 | 11-10-2016 |
| TRV | C | BASIC ELECTRICAL WORKS | 04-05-2016 | 06-07-2016 |
| POM | C | COMMER.DRIVERS LIC/SHU PART 2 | 10-26-2015 | 11-09-2015 |
| POM | C | COMMER.DRIVERS LIC/SHU PART 1 | 10-13-2015 | 10-26-2015 |
| POM | C | CORE CONDITIONING 1 | 08-03-2015 | 09-09-2015 |
| POM | C | LIVING SOBER | 01-26-2015 | 08-18-2015 |
| POM | C | CERAMICS CLASS | 02-03-2015 | 04-21-2015 |
| POM | C | INMATE IN CROCHET CLASS | 12-03-2014 | 12-24-2014 |
| POM | C | RPP1 JUMP ROPE | 10-28-2014 | 12-04-2014 |
| POM | C | LEGAL RESEARCH CLASS | 09-13-2014 | 11-20-2014 |
| POM | C | RPP3 INVESTING/INSUR | 10-01-2014 | 11-02-2014 |
| POM | C | REC AIDES | 08-28-2014 | 10-19-2014 |
| POM | C | BEG CORE CONDITIONING 2 | 06-16-2014 | 07-30-2014 |
| POM | C | RPP6 LIFE SKILLS | 06-12-2014 | 07-17-2014 |
| POM | C | FORKLIFT OPERATING PROCED/ACE | 06-11-2014 | 07-30-2014 |
| POM | C | RPP6 ETIQUETTE ACE CLASS | 05-21-2014 | 08-14-2014 |

Case 4:10-cr-00025-BCW     Document 67     Filed 06/16/20     Page 6 of 8



| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| POM | C | RPP1 STRESS MANAGEMENT | 04-07-2014 | 05-22-2014 |
| POM | C | RPP1 PERSONAL TRAINING CLASS | 04-07-2014 | 05-22-2014 |
| POM | C | RPP1 NUTRITION CL 630-730 TH | 04-07-2014 | 05-22-2014 |
| POM | C | CONVERSATIONAL SPANISH | 03-26-2014 | 05-07-2014 |
| POM | C | RPP6 DRUG EDUCATION | 05-05-2014 | 05-21-2014 |
| POM | C | GED1 7:30-9:30 M-F | 04-01-2014 | 04-22-2014 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|--------------|-----------------|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 12-12-2013 |
| CARE1-MH | CARE1-MENTAL HEALTH | 12-12-2013 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| MED HOLD | MEDICAL HOLD - DO NOT TRANSFER | 09-27-2018 |
| NO PAPER | NO PAPER MEDICAL RECORD | 03-01-2018 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-01-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-01-2018 |

## Current Drug Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 02-23-2016 |
| ED COMP | DRUG EDUCATION COMPLETE | 05-21-2014 |
| NR COMP | NRES DRUG TMT/COMPLETE | 08-18-2015 |

## FRP Details

| Most Recent Payment Plan |
|--------------------------|

**FRP Assignment:** **PART** **FINANC RESP-PARTICIPATES** **Start: 12-31-2013**

Inmate Decision: **AGREED** **$25.00** Frequency: **QUARTERLY**

Payments past 6 months: **$50.00** Obligation Balance: **$484,594.41**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $300.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 2 | REST FV | $484,914.41 | $484,594.41 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|--------------|------------|------|-------------|--------|--------|
| | 12-10-2019 | SAF | PAYMENT | INSIDE PMT | $25.00 |
| | 09-12-2019 | SAF | PAYMENT | INSIDE PMT | $25.00 |

### Payment Details

Trust Fund Deposits - Past 6 months: $ N/A     Payments commensurate ? N/A

New Payment Plan: | ** No data ** |

## Progress since last review

At his last review inmate Ouazzani received the recommendation to complete the Victim Impact class. This program has not been offered since last review.

## Next Program Review Goals

the Criminal and Addictive Thinking class.

## Long Term Goals

Complete the Victim Impact class by 5/2021.

## RRC/HC Placement

Case 4:10-cr-00025-BCW    Document 67    Filed 06/16/20    Page 7 of 8


## Comments

** No notes entered **

Case 4:10-cr-00025-BCW   Document 67   Filed 06/16/20   Page 8 of 8