Case 4:10-cr-00025-BCW    Document 67-3    Filed 06/16/20    Page 1 of 2





LEGAL MAIL