Khalid Ouazzani
#22147-045
FCI SAFFORD
PO BOX 9000
SAFFORD, AZ 85548

LEGAL MAIL

CERTIFIED MAIL

7019 1640 0001 0586 8457

RECEIVED
2020 JUN 29 PM 12:19
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

10-25
BCW

FOREVER / USA

US District Court of the Western District
of Missouri
Hon. Judge Howard S. SACHs
400 E. 9th St.
Kansas City, MO 64106

Case 4:10-cr-00025-BCW    Document 68    Filed 06/29/20    Page 1 of 2

LEGAL MAIL
64106 267362

June 25, 2020

Khalid Ouazzani
#22147-045
FCI Safford
PO Box 9000
Safford, AZ 85548

US District Court for the
Western District of Missouri
Honorable Judge Howard S. Sachs
400 E. 9TH St.
Kansas City, MO 64106

Your Honor,

First and foremost, I hope that you and your family are safe and healthy during these uncertain times of COVID-19.

On June 11TH, my wife submitted on my behalf the balance of my reply to the Government's response. Due to restrictions imposed by FCI Safford, in response to the COVID-19 pandemic, some of the documents in support of my reply had to be mailed seperately by me, directly from the Institution. I want to confirm that, at this point, the Court should be in possession of my reply in it's entirety. It is my sincere hope that it has since been presented to you.

Though there are no confirmed cases of covid-19 at FCI Safford, there is an ever-growing concern from my family and friends that, if left here, I will fall victim to the disease. This, based on the escalation of cases reported locally and throughout the state of Arizona. Since June 1st, the number of confirmed cases have tripled (6/25 - 63,030 cases / 1490 deaths), with daily totals (nearly 6000 confirmed on 6/23) among the highest reported in the nation. More concerning is the hospitalization rate. As of 6/24/20, Arizona has reported that ICU bed space is at 88% capacity. Healthcare workers / resources are being pulled from across the state. Should ICU fill rates continue on this path, it is uncertain if local hospitals will be able to accomodate inmates such as myself, which I'll admit greatly concerns me.

With this, I am hopeful that you will take my request / reply into careful consideration. Thankyou for your time and attention. My family and I eagerly await your decision.

Sincerely,

Khalid Ouazzani