UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| KHALID OUAZZANI, | ) Case No. 10-00025-01-CR-W-BCW |
| | ) |
| Defendant. | ) |

**ORDER**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of December 10, 2025, it is hereby ORDERED that the pending Show Cause hearing be canceled.

Further, a hearing having been waived by the defendant, it is hereby ORDERED the the following be added to the conditions of supervised release for Khalid Ouazzani:

The defendant shall pay restitution in the form of monthly payments of $1,000.00 or 10 percent of gross household income (excluding the income of children or other dependents), whichever is greater, while of supervision.

/s/ Brian C. Wimes
_____
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT

Dated at Kansas City, Missouri, this ___10th___ day of ___December___, 2025.